## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

United States of America,
(Rural Development)
    Plaintiff,

v.

Myrna Velez Villanueva,
    Defendant.

**CASE NUMBER: 98-2371 (HL)**

| MOTION |
|---|
| Date Filed: 11/15/99   Docket #10   [x] Plffs [] Defts |
| Title: Notice to the Court |
| Opp'n Filed:   Docket # |

*RECEIVED & FILED 99 NOV 23 AM 9:35 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

| ORDER |
|---|
| Noted. |

Date 11/22/99

**HECTOR M. LAFFITTE**
Chief U.S. District Judge

