S

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America,
(Rural Development)
    Plaintiff,
    V.                                  CASE NUMBER: 98-2371 (HL)
Mirna Velez Villanueva,
    Defendant.

## MOTION

Date Filed: 7/17/00    Docket # 14    [x] Plffs  [] Defts
Title: Notice in Compliance with Local Rule 706
Opp'n Filed:    Docket #

## ORDER

Noted.

Date 7/27/00        HECTOR M. LAFFITTE
                              Chief U.S. District Judge

RECEIVED & FILED
'00 JUL 28 AM 8 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

15