# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

United States of America
v.
Mirna Velez Villanueva

CASE NUMBER: 98-2371 (HL)

| MOTION | ORDER |
|---|---|

Date Filed: 05/23/02   Docket # 16   Granted.

[X] Plffs  [] Defts  [ ] Other
Title: Notice to the court and request to close file for any administrative purpose

Date 10/8/02

**HECTOR M. LAFFITTE**
Chief U.S. District Judge



